IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Steven Abdul-Aziz El Bey,
*a/k/a* Steven L. Smith,

        Plaintiff(s),

vs.

Thomas Kehr, et al.,

        Defendant(s).

Case Number: 1:19cv693

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 10, 2019 a Report and Recommendation (Doc. 6). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 8).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the complaint (Doc. 1) is DISMISSED with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1), with the exception of plaintiff's individual capacity First Amendment free exercise claim against defendants Kehr and Davis, plaintiff's official capacity First Amendment free exercise claim for declaratory and injunctive relief against defendant

Davis, and plaintiff's Religious Land Use and Institutionalized Persons Act ("RLUIPA") claim for declaratory and injunctive relief against defendants Kehr and Davis.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court