UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Steven-Azziz El Bey | : | Case Number: 1:19cv693 |
|     Plaintiff, | : | |
| v. | : | Judge Susan J. Dlott |
| Thomas Kehr | : | |
|     Defendant. | : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate judge reviewed the pleadings and filed with this Court on September 3, 2021 a Report and Recommendation (Doc. 22). No objections have been filed and the time for filing objections expired September 17, 2021.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, Defendants' motion for summary judgment (Doc. 15) is GRANTED and this case is hereby CLOSED.

IT IS SO ORDERED.

_Susan J. Dlott_
Susan J. Dlott
United States District Judge